43564-01, -02

December 22, 2014

Exparte
Isaias Palacios
1675 South FM 3525
Colorado City, Texas
          79512

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

Mr. Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas
          78711

Applicant filed his writ of habeas corpus in the 142nd Judicial District Court in Midland County Texas. Cause Numbers CR36475 and CR36477. However, this letter is to inform this most honorable Court of Criminal Appeals that the above trial court has not followed the rules of the TCCP. The TCCP Rules and Regulations of the writ writ of habeas corpus §11.07, which states that once an applicant files his or her 11.07 with the District Clerk's office, the District Attorney has 15 days to respond to the writ, and the trial court has 35 days to make a ruling. However, once that process has been done the clerk is to forward any and all responses from the state and any and all opinions and orders from the trial court to a pro'se litigant.

In the above style and cause numbers this process did not take place . The DA's office did not respond back to applicant's pro'se writ filed on 9/11/2014, which was 15 days late. However, the trial court never made it's ruling within 35 days, nor did it make any opinions, or file any orders with the District Clerks office in regards to applicant's writ; therefore, violating due process.

The following is a list of everything that's been filed in the applicant's case, and the responses that he's received from the DA's office through the District clerk:

1. Application for writ of habeas corpus 11.07, with memorandum attached 49 pages filed on 8/11/2014.

2. States Response brief recieved on 9/11/2014.

3. Received State's Suggested Order for the court on 9/29/2014.

4. Applicant filed his Rebuttal to States Response Answers on the    on    10/5/2014, which was a 9 page brief.

5. Applicant filed his Supplemental Application with the clerk on 12/9/2014.

6. Applicant received Mr. Jeff Robnett's affidavit from the District clerk stamped filed on 11/23/2014.

However, there is no order from the trial court ordering an affidavit from applicant's attorney Mr. Robnett, but there is an affidavit from him and there

Page 1

is no opinions, or orders from the court denying the writ. However, applicant received notice from the Texas Court of Criminal Appeals on 12/11/2014, that the clerk has received his writ.

Applicant is writing this letter with all due respect to both courts, and to allow this Honorable Court of Criminal Appeals and it's judges to be aware of applicant's situation and concerns.

Thank you for your time on this very important matter.

Sincerely,

*Isaias Palacios*        12/22/2014

Isaias Palacios